# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## CASE No. 3:03CV142

| | |
|---|---|
| COLLINS & AIKMAN PRODUCTS CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| ONEBEACON AMERICA ) | |
| INSURANCE COMPANY and ) | |
| NATIONAL INDEMNITY COMPANY, ) | |
| ) | |
| Defendants. ) | |

Pending before this Court is the parties' Joint Motion to Stay Discovery and Amend Pretrial Order and Case Management Plan for settlement discussions. After considering said Motion and for good cause shown,

IT IS ORDERED that the Joint Motion is GRANTED. IT IS FURTHER ORDERED that the date for responding to all pending discovery is STAYED until May 31, 2006, and that the Court's Pretrial Order and Case Management Plan dated June 23, 2005, is AMENDED as follows: (1) all non-expert discovery shall be completed no later than October 31, 2006; (2) all discovery related to experts shall be complete no later than December 31, 2006; (3) all motions (except motions in limine and to continue) shall be filed no later than March 15, 2007; (4) the Plaintiff shall provide reports from its expert witnesses pursuant to Rule 26(a)(2) by November 1, 2006; and (5) Defendants shall provide reports of their expert witnesses by December 1, 2006. The parties are further ORDERED to report to the Court by May 15, 2006 on the status of the settlement effort.

1

Signed: April 17, 2006

David C. Keesler
United States Magistrate Judge