IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:03CV142-MCK

COLLINS & AIKMAN PRODUCTS CO., )
)
                 Plaintiff, )
)
v. )
)
ONEBEACON AMERICA )
INSURANCE COMPANY and )
NATIONAL INDEMNITY COMPANY, )
)
                Defendants. )

## ORDER

Pursuant to this Court's Order of April 17, 2006, the parties have provided a report on the status of settlement efforts. After considering the said report, and for good cause shown,

IT IS ORDERED that the date for responding to all pending discovery is STAYED until July 30, 2006. The parties are further ORDERED to report to the Court by June 9, 2006 on the status of the settlement effort.

Dated this 17th day of May, 2006.

                                                      David Keesler
                                                      United States Magistrate Judge